UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BERNARD MASSE                          )
                                       )
            v.                         )        C.A.  10-134M
                                       )
MICHAEL J. ASTRUE,                     )
Commissioner of Social Security        )

## ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated

June 24, 2011 in the above-captioned matter is accepted pursuant to Title 28 United States Code

§ 636(b)(1).  The Plaintiff's Motion to Reverse the Decision of the Commissioner is DENIED and

the Defendant's Motion to Affirm the Decision of the Commissioner is GRANTED.


BY ORDER


John J. McConnell, Jr.
United States District Judge
July 14, 2011